

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gavin B. Davis | Civil Action No. 17-cv-1164-CAB-NLS |
| Plaintiff, | |
| V. | |
| Jeffrey Fraser | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall CLOSE the case.

Date: 8/22/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy